UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA </br></br> v. </br></br> CHRISTOPHER WARD, </br>      Defendant. | Criminal No. 05-30055 </br></br> VIOLATIONS: </br></br> 21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute and Distribution of Cocaine Base (Counts One and Two) |

## INDICTMENT

The Grand Jury charges that:

**COUNT ONE:**  Title 21, United States Code, Section 841(a)(1) - Possession with the Intent to Distribute and Distribution of Cocaine Base

1. On or about January 21, 2005, in the city of Springfield, in the District of Massachusetts,

**CHRISTOPHER WARD,**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute and distribute a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

1

**COUNT TWO**: **Title 21, United States Code, Section 841(a)(1) - Possession with the Intent to Distribute and Distribution of Cocaine Base**

On or about January 27, 2005, in the city of Springfield, in the District of Massachusetts,

**CHRISTOPHER WARD**,

the Defendant herein, did knowingly and intentionally possess with the intent to distribute and distribute a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II controlled substance.

The possession with the intent to distribute and distribution of cocaine base described in this count of the Indictment involved five grams or more of a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II Controlled Substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) applies to this count.

All in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
Paul Hart Smyth
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS: _____July 21_____, 2005
Returned into the District Court by the Grand Jurors and filed.

_____ 11:00 a.m.
DEPUTY CLERK OF THE COURT

3

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

Place of Offense: Springfield    Category No. II    Investigating Agency  FBI

City  Springfield

County  Hampden           Related Case Information:

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Christopher Ward           Juvenile  ☐ Yes  ☒ No

Alias Name

Address  42 Collins Street, Springfield, MA

Birth date (Year only): 1986  SSN (last 4 #): 8701  Sex  M  Race: _____  Nationality: _____

Defense Counsel if known: _____         Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Paul H. Smyth                Bar Number if applicable  634600

Interpreter:  ☐ Yes  ☒ No      List language and/or dialect: _____

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:  ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 7/21/05         Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   Christopher Ward

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21:841(a)(1) | Possess. w/intent to distribute cocaine base | 1,2 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: