AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

| FIRST | DISTRICT OF | MASSACHUSETTS |

United States of America

v.    **APPEARANCE**

Christopher Ward

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    United States of America.

I certify that I am admitted to practice in this court.

July 21, 2005
Date

Signature

PAUL H. SMYTH    634600
Print Name    Bar Number

USAO, 1550 Main Street, Suite 310
Address

Springfield    MA    01103
City    State    Zip Code

(413) 785-0235    (413) 785-0394
Phone Number    Fax Number