UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CHRISTOPHER WARD, )<br>)<br>Defendant. ) | Cr. No. 05-30055- |

## GOVERNMENT'S MOTION TO SEAL AND IMPOUND

The United States of America, by its undersigned attorneys, respectfully requests that the Court seal and impound the accompanying criminal indictment, arrest warrant, and all other documents relating to the indictment and arrest warrant. The investigation is confidential and continuing. Premature release of these documents and any resulting court orders could jeopardize the investigation.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
PAUL H. SMYTH
Assistant U.S. Attorney

Date: July 21, 2005

ALLOWED.
Michael A. Ponsor USDJ
7.21.05