UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 05-cr-30055-MAP |
| ) | |
| CHRISTOPHER WARD, ) | |
| ) | |
| Defendant. ) | |

MOTION TO UNSEAL INDICTMENT

Now comes the United States of America by and through its undersigned attorneys and moves this Honorable Court to unseal the above-captioned indictment. The defendant has been arrested and therefore no further purpose is served by the continued sealing of said indictment.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
PAUL H. SMYTH
Assistant U.S. Attorney

Date: July 25, 2005