UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 05-300  -MAP |
| ) | |
| ) | 21 U.S.C. § 851(a)(1)- |
| v.                                ) | (Sentence Enhancement for |
| ) | Prior Drug Conviction) |
| ) | |
| ) | |
| CHRISTOPHER WARD,                 ) | |
|         Defendant.                ) | |

## INFORMATION

Comes now the United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Paul Hart Smyth, Assistant United States Attorney, pursuant to Title 21, United States Code, Section 851(a)(1), and states that it is the intent of the United States to rely upon a previous felony drug conviction of the Defendant Christopher Ward to increase the punishment that may be imposed by this Court upon Defendant Christopher Ward's conviction for the drug offenses alleged in Counts One and Two of the Indictment in the above-captioned matter.

The prior felony convictions upon which the Government intends to rely regarding Christopher Ward are the following: 1) felony convictions of guilty for Distribution of a Class B Controlled Substance (cocaine); and Possession with Intent to Distribute a Class B Controlled Substance (cocaine). Both convictions arise from Docket Number 0323CR004781, entered on

1

February 19, 2004, in Springfield District Court, Springfield, Massachusetts.

A certified copy of the convictions have been ordered and will be maintained by the undersigned attorney for the government when received.

Filed this 22 day of July, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

_____
KEVIN O'REGAN
Assistant U.S. Attorney
Chief, Springfield
Branch Office

CERTIFICATE OF SERVICE

Hampden,  ss.                           Springfield, Massachusetts
                                        July 22, 2005


    I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mailing said motion to all counsel of record.

                                        _____
                                        Paul Hart Smyth
                                        Assistant United States Attorney

3