UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
vs. )
) Criminal Action:
) 05-CR-30055
CHRISTOPHER WARD, )
Defendant )
)

## NOTICE OF APPEARANCE

Now comes counsel and files his notice of appearance in the above captioned matter as of July 28, 2005.

By his attorney:

Respectfully Submitted,
Christopher Ward,

_____
Perman Glenn, III
Law Offices of Perman Glenn, III
1163 Main Street
Springfield, MA 01103
413-734-9955

July 28, 2005