UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.                       ) | Criminal Action: |
| ) | O5-CR-30055 |
| CHRISTOPHER WARD,   ) | |
|     Defendant   ) | |

## DEFENDANTS MOTION TO CONTINUE DETENTION HEARING

Now comes the Defendant, Christopher Ward, and does hereby respectfully request that this Honorable Court allow the Defendant's motion to continue the Detention Hearing which is currently scheduled for today July 28, 2005.

As grounds for said request the Defendant does state through his counsel, Attorney Perman Glenn, III, that Attorney Glenn is presenting his Notice of Appearance in this case on today's date along with this motion. The Defendant's counsel does respectfully request that said Detention Hearing be continued to another date which is conducive to the court's scheduling so that counsel may be properly prepared for such hearing.

Respectfully Submitted,
Christopher Ward,

By his attorney: _____
Perman Glenn, III
Law Offices of Perman Glenn, III
1163 Main Street
Springfield, MA 01103
413-734-9955

July 28, 2005