UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Action: |
| ) | 05-30055 |
| CHRISTOPHER WARD, ) | |
| Defendant ) | |

### DEFENDANT'S PROPOSED CONDITIONS FOR RELEASE

The Defendant, CHRISTOPHER WARD, is in agreement with the following set of Recommendations for Release, established by pre-trial services:

1. Defendant must post an unsecured bond;
2. The Defendant report by telephone and/or in person to the pre-trial services department of the United States Disctrict Court for Western Massachusetts in which he resides.
3. That he submit to random drub testing;
4. That the Defendant's travels be restricted to the Commonwealth of Massachusetts;
5. That the Defendant seek and maintain employment;
6. That the Defendant not possess any form of dangerous weapons;
7. That the Defendant maintain his residence at the Quincy Street, Springfield, MA address in which he resides with his mother;

Respectfully Submitted,
Christopher Ward,

By his attorney:       _____
Perman Glenn, III
Law Offices of Perman Glenn, III
1163 Main Street
Springfield, MA 01103
413-734-9955

August___, 2005

# RECOGNIZANCE
(Promise to Appeal)

## COMMONWEALTH OF MASSACHUSETTS

DOCKET NUMBER: 0423CR00864?

**DEFENDANT'S NAME AND ADDRESS (INCLUDE ANY ALIAS)**
CHRISTOPHER WARD
236 QUINCY STREET, APT. B
SPRINGFIELD, MA

**TERMS OF RELEASE**
☐ PERSONAL RECOGNIZANCE (Promise to Appear) $_____
☒ BAIL
☒ CASH AS SURETY $1000.00
☐ BOND AS SURETY $_____
☐ OTHER SURETY $_____
(Please Specify)

**NAME AND ADDRESS OF COURT**
SPRINGFIELD DISTRICT CT
50 STATE STREET
SPRINGFIELD, MA 01103

THE DEFENDANT MUST APPEAR AT THIS COURT ADDRESS ON THE DATE AND TIME SPECIFIED HEREIN

**DATE AND TIME OF APPEARANCE**
Ctrm. #4   ☒ A.M.
6/29/05 AT 9:00   ☐ P.M.

**SOCIAL SECURITY NUMBER:** ?-8701
**DATE OF BIRTH:** 1986

**SURETY/SURETIES NAME AND ADDRESS**
TYRONE GOODMAN
62 METHUEN STREET
SPRINGFIELD, MA 01119

**ARREST ON WARRANT**
☐ YES
☒ NO

**OFFENSE(S)**
DRUG, POSS TO DIST CLASS D, SUBSQ C94C S32C
DRUG VIO NEAR SCH/PARK C94C S32J

I, as defendant, charged by complaint with the crime(s) listed above, understand that I am being released from custody according to the terms of release specified. I will personally appear before the above named court at the date and time indicated, and I will appear for any continuance until the final decree, sentence or order, and I will abide by it and not depart without leave. Further, I will appear before any court to which the charges may be transferred or appealed, or to any sitting of the Superior Court to which I may be bound over or indicted to answer to any indictment, and I will appear for any continuance until the final decree, sentence or order, and I will abide by it and not depart without leave.

I understand and acknowledge that if I fail without sufficient excuse to appear in accordance with the foregoing promise, I will be liable, jointly and severally if a surety has been required, to the Commonwealth of Massachusetts for the dollar amount specified in the terms of release.

**SIGNED (DEFENDANT):** Christopher Ward     **DATE:** 5-3-05

I, as surety, understand and acknowledge that if the above named defendant fails to appear and abide by all orders of the court according to the foregoing promise, I will be liable, jointly and severally, with the defendant to the Commonwealth of Massachusetts for the dollar amount specified in the terms of the release.

**SIGNED (SURETY):** X [signature]
**SIGNED (SURETY):** X

**SIGNED (PERSON AUTHORIZED TO TAKE BAIL):** X [signature]
☐ Clerk-Magistrate
☒ Assistant Clerk
☐ Bail Commissioner

Subscribed and sworn to before me, the defendant having been furnished a copy of this recognizance.

**A. RELEASE AUTHORIZED FROM:** _____
**B. JURISDICTION OF MAGISTRATE:** (Complete when appearance is being required outside of your jurisdiction)

**BAIL FEE RECEIVED:** No fee
**DATE AND TIME SIGNED:** 5-3-05   ☐ A.M. ☐ P.M.

## NOTICE TO DEFENDANT & SURETY

Bail shall not be released until the Legal Counsel Fee is satisfied in accordance with G.L. c. 211D, § 2½.

**Penalty for failure to appear in court after release on bail or recognizance**
A defendant who fails without sufficient excuse to appear in court after release on bail or recognizance may be punished by a fine of $10,000 or by imprisonment for a year, or both, in the case of a misdemeanor, and by a fine of $50,000 or imprisonment for five years, or both, in the case of a felony.

**Penalty for committing a crime while on release on bail or recognizance**
A defendant who is charged with another crime while on release on bail or recognizance may have the terms of this release revoked, and the defendant may be held without bail for a period not to exceed 60 days.

## RECEIPT-RECORD OF PAYMENT OF CASH BAIL   ☐ NOT APPLICABLE

| DATE | RECEIVED FROM SURETY (NAME AND ADDRESS) | DEFENDANT | AMOUNT |
|---|---|---|---|
| 5/3/05 | TYRONE GOODMAN<br>62 METHUEN STREET<br>SPRINGFIELD, MA 01119 | CHRISTOPHER WARD | $1,000.00<br>ONE THOUSAND DOLLARS |
|  | **CASE NUMBER:** 0423CR008647 | **DISTRICT COURT:** SPRINGFIELD | |

**RECEIVED BY:** [signature]

DC-CR-5 (8/04)
SC-1

COURT COPY

| NOTICE OF RECALL OF WARRANT | RINGFIELD P.D. NAC | Trial Court of Massachusetts<br>District Court Department |
|---|---|---|

| DEFENDANT NAME | | COURT NAME & ADDRESS |
|---|---|---|
| CHRISTOPHER WARD | | SPRINGFIELD DISTRICT COURT<br>50 STATE STREET<br>SPRINGFIELD, MA 01103-2002<br><br>()- |
| **ADDRESS**<br>107 KENSINGTON AVENUE 2L<br>SPRINGFIELD, MA 0 | **DEFENDANT DOB**<br>03/11/1986 | |

| DOCKET NUMBER | DATE WARRANT ISSUED | DATE WARRANT RECALLED | REASON FOR RECALL |
|---|---|---|---|
| 0323CR004781 | 03/17/2005 | 05/03/2005 | DEFAULT REMOVED AND CASE CONTINUED |

**TO THE DEFENDANT NAMED ABOVE:**

You are hereby notified that the court has recalled, without service, and cancelled the warrant against you that is listed above.

This recall notice applies ONLY to the warrant listed above which was issued and recalled on the date(s) listed above. It does not apply to any subsequent warrant(s) issued under the same case docket numbers(s).

**KEEP THIS NOTICE ON YOUR PERSON AS EVIDENCE OF THE RECALL** in the event that a law enforcement officer questions you about the above warrant(s).

If your case has not been fully disposed of, if you fail to appear in court on any scheduled dates, you will be found in default, a warrant for your immediate arrest will be issued, and you be assessed substantial costs and warrant fees. The Registry of Motor Vehicles will also refuse to renew your driver's license and (if you are charged with a motor vehicle offense) will suspend your driver's license. The court may also issue a new complaint against you under G. L. c.276, §82A, which is separately punishable by up to $50,000 in fines and up to 5 years imprisonment (if you are charged with a felony) or up to $10,000 in fines and up to 1 year imprisonment (if you are charged with a misdemeanor).

5/3/05
DATE

Robert E. Fein
AUTHORIZED COURT SIGNATURE

Date / Time Printed: 5/3/2005 11:25am

To Whom it may Concern,

    I Delia M Little, older sister to Christopher Ryan Ward am writing this letter to express the respect and love that I have for him.

    Christopher has always been a team leader, Super star, and well respected in the Community. He has given so many of his peers the motivation to be all that they can be. Christopher has numerous trophies and awards for his excellence in Basketball as well as other school ativities. He is always there to lend a helping hand whenever needed. He is very Respectful, kind hearted, People person and is a pleasure to be around. He is a non violent person, he also encourages others to be nonviolent as well. I have never seen him act out in any way that was ever Unappropriate. Christopher has the potential to be a very successful person. I want to see him suceed in life. I will support him one hundred percent to

To Whom it may Concern,

I Delia M Little, older sister to Christopher Ryan Ward am writing this letter to express the respect and love that I have for him.

Christopher has always been a team leader, Super star, and well respected in the community. He has given so many of his peers the motivation to be all that they can be. Christopher has numerous trophies and awards for his excellence in Basketball as well as other school ativities. He is always there to lend a helping hand whenever needed. He is very Respectful, kind hearted, people person and is a pleasure to be around. He is a non violent person, he also encourages others to be nonviolent as well. I have never seen him act out in any way that was ever unappropriate. Christopher has the potential to be a very succesful person. I want to see him suceed in life. I will support him one hundred percent to

My name is Sheena Watkins and I am a niece to Christopher Ward. I am writing this letter arguing that he is not a harmful person because I knew him all my life. Growing up in ~~what you~~ would say is not such a good nieghborhood, he got mixed up with the wrong people, who he called "friends". Realizing that this is not such a good route to go down he tries to change. He starts looking for a job and enrolls in school, because not too many people at the alternative school ~~dis~~likes him, he stops going. Christopher lived with me over a period of time whom I → feel was ~~successful~~. He was very helpful when helping me with my school work, he loved doing chores, and we never got into any misintrepatation. He is a reliable person and when we had a job and we needed something he would tries his hardest to save up to get it for us. He was always a kind careful person. I love him and I feel he would be no harm to anyone

if released. Everyone makes mistake but overall he's not a bad person from my opinion.

                        Love his niece
                        Sheena H. Watkins

[sideways in margin: 639-444 Vict. Miss bestfriend since middle school]

To whom it may concern

I Sequoia Gerald who is a friend of the family to Christopher Ryan Ward am writing this letter to show how much love and respect Christopher has shown to me. Christopher has always been a giving and loving person. I have never seen Christopher act unappropiate. Chistopher has been a big brother to me for over six years, and I would hate to see something like this happen to such a good person. I will also like you to know I have never had anybody that ~~loved~~ love me so much and cared about my every move until I met Christopher Ward

Sincerely,
Sequoia Gerald

To Whom It May Concern:

I am writing this letter on behalf of my brother Christopher Ward. I would like you to know that Christopher is a wonderful, loving person. He is always looking out for me and his nephew, and even though he is only my son's uncle he acts like he is the father. He provides the necessities for us when I am unable. My son looks up to Chris and I love the way my son's face lights up when he sees his uncle. Please, I know it is not his place to play daddy but I want you to understand that you are not only taking him off the streets, you're taking him away from my son. He misses Chris and so do I, because now there will not be a male figure in his life to teach him right from wrong or to teach him how to play basketball or throw a football and do things with him only a male figure will do.

PS: I will always be there, I love you brotter.


Love Jimmy Lynn........

Jamesha Little

*Jamesha Little* (signature)

To whom it may concern:

My name is Desireé Harris and I am a friend of Christopher Ward. I'm writing this letter to support a good person. Even though I'm not a relative being around Chris made me feel apart of the family. Chris is a generous, kind-hearted person who's fun to be around. When everyone was down, Chris would be the one to make everything all better. I love Christopher very much, and now he always set a good example for the younger kids in the family/community. He always kept a positive attitude. For the last couple of weeks I haven't been able to see Chris because I've been involved in activities, so seeing Chris like this hurts because I know that is not the type of person he is. Please do not judge him by this because he's a good person and everyone makes mistakes, and if he ever needs me I'll be there for him like he would for me.

Sincerely,
Desireé Harris

To whom it may concern,

I ShaQuondra Watkins, is writing this letter to show my concerns of my big cousin Christopher Ward. Even though he is my cousin, I can honestly say that he is my big brother. Chris taught me right from wrong. He is a role model to the youth in my family. Chris is very athletic and I loved going to all his games. He is over protected to all the girls in his family, do to the fact he wants whats best from us. During family activities he would always be the life of the party. If our family were to fall apart, he would try to keep us together.

Chris is one of a kind, and I want you to know that I love him and 3 words wouldn't be able to explain how much but I do know that taking him away is like no hope for our family.

* Thank you *

Sincerely

ShaQuemdra Watk

To whom it may concern,

My name is Shatequa Watkins and I am the niece of Christoper R. Ward. My uncle has been here for me for since as long as I can remember. My uncle taught me a lot although we are only 3 years apart. He is like a substitute father for me considering the fact my father lives in Boston. He is an over protective uncle who cares. He taught me about boys, showed me how to play sports, and helped me with my pre-algebra homework. When people would discourage me, uncle Chris would defend me. He pushed me to do good. He encouraged me to strive for the best, and with his words I became the president of John F. Kennedy Middle School student council. I truelly love my uncle. Uncle Chris and I has talked on many accounts. He is the only person I can talk to. Whenever I need anything my uncle is there. He gives me a shoulder to lean on, a laugh when I'm down, and gives me the feeling of knowing someone cares. My uncle is a good person, and keeps me on track. My uncle has no violence in his past, and he has roots in the community. I know that my uncle will return to court.

          Sincerly,
          Shatequa T. Watkins

Am writing this letter for Chrispher Ward which is my uncle. Their a side of my uncle Chris alot of people dont know if you really dont know Him. Evening doe where almost the same age he alway want the best of me. My uncle alway made sure I was all right, and my uncle Chris is the only one I can talk to when I feel down. He not just my uncle he's like my brother to. Like a uncle, he taught me alot of thing like basketball. He use to wake me up real early to play basketball. He also taught my how to swim. My uncle was gonna be my baby Godfather which is due Feb 26, 2006. When my best friend die my uncle was there for me. He alway was there for me. Now that I really need him he not there and dont know what to do.

Anthony Griffin

July 29, 2005

Your Honor,

My name is Lisa Little and I am Christopher R. Ward's oldest sister. I am writing on behalf of his character. I have watched him grow from a toddler who was well liked by parents and his peers. He has often been praised on his respectfulness and mannerism. He is well loved by his family, especially his nieces who is either the same age or younger. I have seen him take the time to call or visit my daughter (who is 7), walk her to the corner store, throw her around in the snow and quarrel with her like siblings often do. In return, she made sure Chris was never forgotten at her party's, buying a piece of candy/toy and at times he blushingly accepted. Finally, I have seen the values and/or morals that he was raised on come back in his love for his mother and family.

Your Honor, I do not allow just anyone around my family. I have never felt threatened nor have I feared for my safety in his presence. On several occasions I have entrusted my children in his care without incidence.

I have seen his tears, heard his fears, shared his pains and embraced his triumphs. I believe in him.

Sincerely,

*[signature]*

Lisa R. Little-Panton
45 Windemere Street
Springfield, MA 01104