UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action: |
| | ) | 05-30055 |
| CHRISTOPHER WARD, | ) | |
| Defendant | ) | |

## MOTION FOR RECONSIDERATION OF DETENTION

Now comes the Defendant, Christopher Ward, through counsel and requests reconsideration of the court's preliminary ruling to detain the Defendant pending trial.

The Defendant would propose that the following individuals serve as personal sureties to ensure the Defendant's return to court and who would influence the Defendant during his release to abide by the terms and conditions of his pre-trial release.

Ms. Delia Little is the biological sister of Christopher Ward. Ms. Little has a residence at 236 Quincy Street, Springfield but resides currently at 39 Columbia Road, Dorchester, MA.

Ms. Delia Little is employed at CVS Pharmacy as a pharmacy technician located in Stoughton, Massachusetts. Ms. Little has agreed to serve as personal surety for her younger brother, Christopher Ward.

Additionally, a Ms. Mercedes Rodriguez - DOB: April 12, 1969, of 33 Smith Street, Springfield, Massachusetts has also agreed to serve a personal surety for Christopher Ward. Ms. Rodriguez is employed as a certified nursing assistant through Stavros in Springfield, Massachusetts. Ms. Rodriguez is the mother of Emelia Rodriguez, who is five months pregnant and expecting a baby. Christopher Ward, is the father of the expected child. Ms. Rodriguez also has agreed to allow Mr. Ward to reside in her home pending trial.

The family of Christopher Ward through his older sister, Lisa Little, is also willing to post $5,000.00 cash. Lisa Little is a registered nurse who is employed at the Springfield Dialasis Center on Liberty Street here in Springfield, Massachusetts. Lisa Little-Panton resides at 45 Windemere Street, Springfield, Massachusetts.

On the basis of the foregoing, the Defendant is requuesting that he be released subject to pre-release conditions.  In support of this request, proposed conditions of release have been attached hereto.

Respectfully Submitted,
The Defendant

By his attorney:

Perman Glenn, III
Law Offices of Perman Glenn, III
1163 Main Street
Springfield, MA 01103
(413)734-9955
BBO#: 553724

August 17, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Action: |
| | ) | 05-30055 |
| CHRISTOPHER WARD, | ) | |
| Defendant | ) | |

### DEFENDANT'S PROPOSED CONDITIONS FOR RELEASE

The Defendant, CHRISTOPHER WARD, is in agreement with the following set of Recommendatior s for Release, established by pre-trial services:

1. Defendant must post an unsecured bond;
2. The Defendant report by telephone and/or in person to the pre-trial services department of the United States District Court for Western Massachusetts in which he resides.
3. That he submit to random drug testing;
4. That the Defendant's travels be restricted to the Commonwealth of Massachusetts;
5. That the Defendant seek and maintain employment;
6. That the Defendant not possess any form of dangerous weapons;
7. That the Defendant maintain his residence at 33 Smith Street, Springfield, Massachusetts;
8. That a secured bond be posted on behalf of the Defendant with the following individuals as personal sureties: Delia Little of 39 Columbia Road, Dorchester, MA and Ms. Mercedes Rodriguez - DOB: April 12, 1969, of 33 Smith Street, Springfield, Massachusetts

Respectfully Submitted,
Christopher Ward,

By his attorney:

Perman Glenn, III
Law Offices of Perman Glenn, III
1163 Main Street
Springfield, MA 01103
413-734-9955

August 1 2005