


# Law Offices of
# PERMAN GLENN, III

Perman Glenn, III*  
*Also admittted in Louisiana

A Professional Corporation

Nancy C. Snyder

September 8, 2005

United States District Court of MA  
Attn: AUSA Paul Smyth  
Federal Building  
1550 Main Street  
Springfield, MA 01103



**RE: United States v. Christopher Ward**  
**Criminal Action No: 05-30055**

Dear Attorney Smyth:

Please Let me address these issues with you regarding my client, Christopher Ward.

1. At this time I would like to request that you provide me with the police report for the arrest of Jeraline Perez (D/O/B 11/27/1985)). Ms. Perez was allegedly arrested on July 21, 2005. I recall that you mentioned her name in court on September 6, 2005 during the detention proceeding and stating that Mr. Ward was with her at the time of her arrest.

2. In addition you mentioned that Delia Little's vehicle and phone were used to assist Chris Ward in his alleged distribution of narcotics. There has been reference to the fact that telephone subscriber #'s linked the phone to Ms. Little; however under Subpart C of the Automatic Discovery Letter you sent to me, it states no oral, wire, or electronic communications of the defendant as defined in 18 U.S.C. §2510 were intercepted relating to the charges in the indictment. I would like to request that you provide me with any discovery materials from which you based this statement regarding Ms. Little.

3. I would like to request that you provide me with a list of items which exist for inspection pursuant to your response to #3 in the Automatic Discovery Letter.

4. Pursuant to #4 of your Automatic Discovery Letter please provide the basis in which you were able to determine that Delia Little's phone was used if title 18 US C.2510 authorizations were not required. I will also require clarification of your statement regarding the "consensual telephone call to the Defendant ("Wardy") on January 27, 2005.

1163 Main Street • Springfield, MA 01103 • (413) 734-9955 • FAX (413) 734-1255  
E-mail: permanlaw@aol.com

5. I have also notice in the February 4, 2005 FBI Letter drafted by Mark S. Karangekis that there is reference to the "Mason Square Initiative". I would like to request that you provide me with information regarding what exactly is the "Mason Square Initiative".

6. In addition, please provide:

   a. What the definition of "ITAR / CEI - Gangs" is as referenced in Mark S. Karangekis February 4, 2005 report.

   b. A photo of Nebuchanezzar King as there is reference in the Karangekis report to his similarities to Christopher Ward.

   c. RMV digital photo of Nebuchanezzar King.

   d. Mug Shot and Criminal History of Christopher Ward as referenced in the Karangekis report.

   e. Any reports regarding how Nebuchanezzar King associated with 14 Converse Street.

   f. Who identified 14 Converse Street as a possible stash house for "Wardy".

7. In addition, please provide:
   a. All monitoring logs, synopsis reports (if applicable), and ten-day periodic reports.
   b. A list of "Coded Words and Phrases" which the government claims refers to drug or money communications.
   c. A "list of pertinent calls" as determined at the time of the interception.
   d. A breakdown by named-defendants of all of the telephone calls in which he or she participated.
   e. Additionally, please provide all inventory orders, inventories and reports or service thereof.
   f. All sealing orders contained in the miscellaneous files filed pursuant to title 18 U.S.C. §2518(8)(a). Likewise, I am requesting the unsealing of these files.
   g. All of the incidents reports, logs, notes or record (for example, DEA 6's and FBI 302's).

8. All trap & trace and pen register information in computerized (and readable) format for all telephones intercepted as a result of this investigation. Additionally, I am requesting the applications, unredacted affidavits and orders for such interception. Further, I am requesting the unsealing of the miscellaneous court files which contain these documents.

9. All unredacted search warrant affidavits, warrants and returns issued in these investigations, and in the related state investigations. Likewise, I am requesting the unsealing of these files.

10. The date, time and place of every occasion on which a surveillance, mail cover, search and/or seizure, whether electronic, photographic, videotape, mechanical, visual, oral, or any other type, was made of any defendant, their residences, any person or entity associated with them, together with all documents, photographs, recordings or other

      material resulting from, or reflecting, or relating to, such occasion, including but not limited to unredacted affidavits and warrants utilized in connection therewith.

11. Any statements as to whether or not, during the course of the investigation of this matter, the defendants photography likeness or image was exhibited to anyone. This request includes a list of the date(s), time(s) and place(s) of each such occurrence, and the name(s) of the person(s), including counsel who were present.

12. A written list of names, addresses and qualifications of all experts the government intends to call as witnesses at trial, including but not limited to law enforcement officers, together with all reports made by such experts or, if reports have not been made, a brief description of the opinion and subject matter to which each is to testify.

13. Additionally, I was unable to open the c.d.'s that you hard mailed to me that allegedly depicts Chris Ward making a buy to Agent Geiger. I returned said c.d.'s to you on September 6, 2005. We would request that additional c.d.'s be provided to us that can be opened.

14. Please feel free to contact me to discuss any of the issues which I have noted above.

                                Sincerely,

                                Perman Glenn, III

Enclosure

cc: