UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
vs. ) Criminal Action:
) 05-30055
CHRISTOPHER WARD, )
Defendant )

### DEFENDANT'S MOTION TO CONTINUE
(Assented to by Government)

Now comes the Defendant, Christopher Ward, and does hereby respectfully request that the Status Conference which is currently scheduled for September 19, 2005 be continued.

As grounds for said request the Defendant does state through his counsel, Attorney Perman Glenn, III, that Attorney Glenn will not be able to attend said conference date because he has been ill for the last week.

The Defendant does respectfully request that said conference be continued to another date which is convenient to said court in two or three weeks time conducive to the court's scheduling.

Said motion has been assented to by the Government.

Respectfully Submitted
The Defendant
By his Counsel,

Perman Glenn, III
1163 Main Street
Springfield, MA 01103
BBO#: 553724
Tel. (413) 734-9955
Fax (413) 734-1255

### CERTIFICATE OF SERVICE

I, Perman Glenn, III, hereby certify that on this 19th day of September, 2005, I have caused the foregoing document to be served on all interested parties in this action by mailing first class mail postage prepaid as well as faxing to the attorneys and court as follows:

United States District Court of MA         Mark Mastroianni, Esquire
Attn: AUSA Paul Smyth                      95 State Street
1550 Main Street                           Springfield, MA 01103
Springfield, MA 01103

Dated: 09/19/05                            Perman Glenn, III