UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br>     v.                                 )   CRIMINAL NO. 05-30055-MAP<br> )<br> )<br>CHRISTOPHER WARD,         )<br>     Defendant.                    ) | |

### THE GOVERNMENT'S MOTION FOR AN ORDER OF EXCLUDABLE DELAY
(Assented to)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves for an order of excludable delay under the Speedy Trial Act, 18 U.S.C. §3161(h), from June 15, 2005 until October 12, 2005.  In support of this motion, the Government states the following:

1. On September 19, 2005, Attorney Perman Glenn, counsel for the Defendant, notified the Court that he would be unable to attend the Defendant's status hearing scheduled for September 19, 2005 because of a recent illness.

2. Attorney Glenn also notified me that the Defendant needed more time to review the discovery, show the discovery to the incarcerated Defendants, and to prepare discovery letters and motions.

It is in the best interests of the Defendant, the government, and the public, to exclude the time from September 19, 2005, until October 7, 2005, from the period within which the

trial of this case must commence under the Speedy Trial Act.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                         By:  /s/ Paul Hart Smyth
                                        _____
                                        Paul Hart Smyth
                                        Assistant U.S. Attorney


Dated: September 19, 2005

CERTIFICATE OF SERVICE

Hampden, ss.                          Springfield, Massachusetts
                                      September 19, 2005

    I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing to Attorney Perman Glenn, 1163 Main Street, Springfield, MA.

                                          /s/ Paul Hart Smyth
                                          Paul Hart Smyth
                                          Assistant U.S. Attorney