UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) CRIMINAL NO. 05-30055-MAP |
| | ) |
| | ) |
| CHRISTOPHER WARD, | ) |
| Defendant. | ) |

THE GOVERNMENT'S AND THE DEFENDANTS' STATUS
REPORT PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, Attorney Perman Glenn, hereby submit the following status report pursuant to Local Rule 116.5(A) and Magistrate Judge Neiman's written orders.

1. The Government has provided, made available, or promised to provide, all of its discoverable information.

2. The parties do not anticipate additional discovery as the result of future receipt of information.

3. The defendants do not intend to raise a defense of insanity or public authority.

4. The government has requested notice of alibi by the defendants and there has been no response by the Defendant.

5. The Defendant has not yet filed but may file, a motion to dismiss, or suppress, or other motion requiring a ruling by the District Court before trial pursuant to Fed. R. Crim. Pro. 12(c).

6. The parties request this Court to set a date for a further status. Attorney Glenn needs additional time to review the audio and video recordings with Defendant Ward, and to prepare any necessary pretrial motions. In light of the above, the parties request a further status date. The parties also request this court exclude the delay from October 7, 2005 through the next hearing date (to be scheduled on October 7, 2005) from the Speedy Trial Act in the interests of justice pursuant to 18 U.S.C. Section 3161(h)(8)(A) and Local Rule 112.2(A)(1),(2), and (3).

7. It is premature to notify the Court as to whether the Defendant Ward will change his plea.

8. In the event that a trial is necessary the trial will last approximately 4 days.

9. A date convenient with the Court should be established for a final status conference.

Filed this 6th day of October, 2005.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By: /s/ Paul Hart Smyth
    _____
    Paul Hart Smyth
    Assistant U.S. Attorney


    _____
    Attorney Perman Glenn
    Counsel for Christopher Ward

```
                              _____
                              Attorney Joseph Bernard
                              Counsel for Luz Torres



                              _____
                              Attorney Mark Mastroianni
                              Counsel for Luis Rivera
```