UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v.            )<br>)<br>)<br>CHRISTOPHER WARD,        )<br>        Defendant   ) | Criminal No. 05-30055-MAP |

FINAL STATUS REPORT
November 22, 2005

NEIMAN, U.S.M.J.

The court held a final status conference on November 21, 2005, and, in accord with Local Criminal Rule 116.5(D), reports as follows:

1. All discovery has been completed.

2. A change of plea hearing has been scheduled for December 21, 2005, at 11:30 p.m. in Courtroom I.

3. Defendant does not intend to raise a defense of insanity or public authority.

4. The parties -- and the court -- agree for the reasons set forth in the parties' memorandum of November 21, 2005, that, as of that day, no time had run on the Speedy Trial clock. An order of excludable delay shall issue.

5. There are no other matters relevant to the progress or resolution of the case.

　　　　　　　　　　　　　　　　　　　　　　/s/ Kenneth P. Neiman
　　　　　　　　　　　　　　　　　　　　　KENNETH P. NEIMAN
　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge