UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Action: |
| ) | 05-30055 |
| CHRISTOPHER WARD, ) | |
| Defendant ) | |

### DEFENDANT'S MOTION TO CONTINUE

Now comes the Defendant, Christopher Ward, and does hereby respectfully request that the Change of Plea Hearing which is currently scheduled for September 21, 2005 be continued.

As grounds for said request the Defendant does state through his counsel, Attorney Perman Glenn, III, that additional time will be required in order to assure that the Defendant is fully aware of his waiving his rights and understands the issues regarding his sentencing. It is also my understanding that the Defendant is seeking advice from alternate counsel. The Defendant is not yet ready to plead guilty in this case.

Defendant does respectfully request that said conference be continued to another date which is convenient to said court in two or three weeks time conducive to the court's scheduling.

If said Motion is allowed, Counsel respectfully request that the Court contact him prior to scheduling the new hearing date.

Respectfully Submitted
The Defendant
By his Counsel

_____
Perman Glenn, III
1163 Main Street
Springfield, MA 01103
BBO#: 553724
Tel. (413) 734-9955
Fax (413) 734-1255

### CERTIFICATE OF SERVICE

I, Perman Glenn, III, hereby certify that on this 20th day of December, 2005, I have caused the foregoing document to be served on all interested parties in this action by mailing first class mail postage prepaid as well as faxing to the attorneys and court as follows:

United States District Court of MA
Attn: AUSA Paul Smyth
1550 Main Street
Springfield, MA 01103

_____
Perman Glenn, III, Esquire