UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-30055-MAP |
| ) | |
| CHRISTOPHER WARD, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR EXCLUDABLE DELAY
PURSUANT TO THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161**

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, through the undersigned assistnat U.S. Attorney, submits this motion for an order of excludable delay pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), for the period of time from December 21, 2005, the initially scheduled date for hearing for a change of plea, through March 17, 2006, the agreed upon trial date.  As grounds for this motion, the parties are engaged in plea negotiations.  Counsel for Defendant has also indicated that his busy schedule interferes with his ability to prepare for a possible trial at a date sooner than March 17, 2006.  The government, therefore, requests that the time period described above be excluded, pursuant to 18 U.S.C. §§ 3161(h)(8) and United States v. Santiago-Becerril, 130 F.3d 11, 20 (1st Cir. 1997).

The Defendant has assented to this motion to exclude the time from December 21, 2005 through March 17, 2006.  It is in the best interests of the Defendant, the government, and the public, to exclude the time from December 21, 2005 through March 17,

2006, from the period within which the trial of this case must commence under the Speedy Trial Act.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                By: /s/ Paul Hart Smyth
                                        Paul Hart Smyth
                                        Assistant U.S. Attorneys

Dated: December 22, 2005

CERTIFICATE OF SERVICE

Hampden, ss.                           Springfield, Massachusetts
                                       December 22, 2005

    I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing via fascimile to Attorney Perman Glenn, 163 Main Street, Springfield, MA at (413)734-1255.

                                       /s/ Paul Hart Smyth
                                       Paul Hart Smyth
                                       Assistant U.S. Attorney