UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 05-30055-MAP |
| v. | 21 U.S.C. § 851(a)(1)-(Sentence Enhancement for Prior Drug Conviction) |
| CHRISTOPHER WARD, Defendant. | DOCKETED |

INFORMATION

Comes now the United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Paul Hart Smyth, Assistant United States Attorney, pursuant to Title 21, United States Code, Section 851(a)(1), and states that it is the intent of the United States to rely upon a previous felony drug conviction of the Defendant Christopher Ward to increase the punishment that may be imposed by this Court upon Defendant Christopher Ward's conviction for the drug offenses alleged in Counts One and Two of the Indictment in the above-captioned matter.

The prior felony convictions upon which the Government intends to rely regarding Christopher Ward are the following: 1) felony convictions of guilty for Distribution of a Class B Controlled Substance (cocaine); and Possession with Intent to Distribute a Class B Controlled Substance (cocaine). Both convictions arise from Docket Number 0323CR004781, entered on

February 19, 2004, in Springfield District Court, Springfield, Massachusetts.

A certified copy of the convictions have been ordered and will be maintained by the undersigned attorney for the government when received.

Filed this 29th day of December 2005.

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
>/s/ Paul Hart Smyth
>Paul Hart Smyth
>Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

Hampden, ss.                               Springfield, Massachusetts
                                           December 29, 2005

    I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mailing said motion to Attorney Perman Glenn, counsel of record.

/s/ Paul Hart Smyth
Paul Hart Smyth
Assistant United States Attorney