UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

   V.

CHRISTOPHER WARD            CASE NO. CR 05-30055-MAP

NOTICE OF HEARING

PLEASE TAKE NOTICE that the above-entitled case has been SET for A STATUS CONFERENCE on 2/17/06 at 2:00 P.M. before Michael A. Ponsor, U.S. D.J In Courtroom # 1 on the 5th floor.

SARAH THORNTON
CLERK OF COURT

2/6/06
Date

By: /s/ Elizabeth A. French
Deputy Clerk

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)            [kntchrgcnf.]
                                                                     [ntchrgcnf.]