AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

*Christopher Ward*

**WAIVER OF INDICTMENT**

CASE NUMBER: CR 05-30055

I, _____CHRISTOPHER WARD_____, the above named defendant, who is accused of

*Conspiracy and possession with intent to distribute cocaine base*

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____March 9, 2006_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Christopher Ward*
Defendant

*[signature]* 3-9-06
Counsel for Defendant

Before *[signature]* USMJ
Judicial Officer

3-9-06