UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Crim. No.05-cr-30055-MAP |
| | ) | |
| | ) | VIOLATIONS: |
| | ) | |
| | ) | 21 U.S.C. § 841(a)(1) - |
| | ) | Possession with Intent to |
| v. | ) | Distribute and |
| | ) | Distribution of Cocaine |
| | ) | Base (Counts One, Two, |
| | ) | and Four) |
| | ) | |
| | ) | 21 U.S.C. § 846 - |
| | ) | Conspiracy to Distribute |
| | ) | and Possess with Intent To |
| CHRISTOPHER WARD, | ) | Distribute Cocaine Base |
| Defendant. | ) | (Count Three) |

SUPERSEDING INFORMATION

The United States Attorney charges:

COUNT ONE:     Title 21, United States Code, Section 841(a)(1) -
               Possession with the Intent to Distribute and
               Distribution of Cocaine Base

On or about January 21, 2005, in the city of Springfield, in the District of Massachusetts,

CHRISTOPHER WARD,

the Defendant herein, did knowingly and intentionally possess with the intent to distribute and distribute a mixture and substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT TWO</u>:   Title 21, United States Code, Section 841(a)(1) -
Possession with the Intent to Distribute and
Distribution of Cocaine Base

On or about January 27, 2005, in the city of Springfield, in the District of Massachusetts,

**CHRISTOPHER WARD,**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute and distribute a mixture and substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II controlled substance.

The possession with the intent to distribute and distribution of cocaine base described in this count of the Indictment involved five grams or more of a mixture and substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II Controlled Substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) applies to this count.

All in violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT THREE</u>:   Title 21, United States Code, Section 846 -
Conspiracy to Possess with Intent to Distribute
and to Distribute Cocaine Base

On or about July 21, 2005, in Hampden County, in the District of Massachusetts,

**CHRISTOPHER WARD,**

the Defendant herein, did knowingly and intentionally combine, conspire, confederate, and agree with others, known and unknown, to commit an offense against the United States, namely to possess with intent to distribute and to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

COUNT FOUR:    Title 21, United States Code, Section 841(a)(1) - Possession with the Intent to Distribute and Distribution of Cocaine Base; Title 18, United States Code, Section 2, Aiding and Abetting

On or about July 21, 2005, in the city of Springfield, in the District of Massachusetts,

**CHRISTOPHER WARD,**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute and distribute a mixture and substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

```
                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  _____
                              Paul Hart Smyth
                              Assistant U.S. Attorney
```

Dated: March 9, 2006

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** Springfield    **Category No.** II    **Investigating Agency** FBI

**City** Springfield    **Related Case Information:**

**County** Hampden    Superseding Ind./ Inf. Super. Info.   Case No. 05-cr-30055
Same Defendant  x   New Defendant ___
Magistrate Judge Case Number ___
Search Warrant Case Number ___
R 20/R 40 from District of ___

**Defendant Information:**

Defendant Name  Christopher Ward    Juvenile  ☐ Yes  [X] No

Alias Name  ___

Address  42 Collins Street, Springfield, MA

Birth date (Year only): 1986  SSN (last 4 #): 8701  Sex M  Race: ___  Nationality: ___

**Defense Counsel if known:** Perman Glenn    **Address:** 1163 Main Street, Sprinfield, MA

**Bar Number:** ___

**U.S. Attorney Information:**

AUSA  Paul H. Smyth    Bar Number if applicable  634600

Interpreter:  ☐ Yes  [X] No    List language and/or dialect: ___

Matter to be SEALED:  ☐ Yes  [x] No

☐ Warrant Requested    ☐ Regular Process    [x] In Custody

**Location Status:**

**Arrest Date:** July 21, 2005

[x] Already in Federal Custody as  detainee  in  Hampden County Jail  .
☐ Already in State Custody ___  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by ___  on ___

**Charging Document:**  ☐ Complaint  [x] Information  ☐ Indictment

**Total # of Counts:**  ☐ Petty ___  ☐ Misdemeanor ___  [X] Felony  4

Continue on Page 2 for Entry of U.S.C. Citations

[x]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/9/06    Signature of AUSA: ___

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Christopher Ward

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21:841(a)(1) | Possess. w/intent to distribute cocaine base | 1, 2, 4 |
| Set 2 | 21:846 | Conspir. To poss. W/ intent to dist. Cocaine base | 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**