UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Criminal Action: |
| | ) 05-30055 |
| CHRISTOPHER WARD, | ) |
| Defendant | ) |

## DEFENDANT'S ANSWER TO GOVERNMENT'S NOTICE OF INTENT TO INCREASE PENALTY PURSUANT TO 21 U.S.C. 851(a)(1)

Now comes the Defendant, Christopher Ward, and does hereby respectfully answer the Government's Notice of Intent to Increase Penalty Pursuant to 21 U.S.C. 851 (a)(1). In response to said Notice, the Defendant states that the plea that took place in Springfield District Court on February 19, 2004 was not made freely and/or voluntarily by the Defendant, Christopher Ward. At the time of the Defendant's plea(s) in Springfield District Court, he was only 17 years old and did likely suffer from diminished capacity.

One of the major factors motivating the Defendant's claim that he suffered from diminished capacity is based on the fact that the Defendant's medical records detail on the date of his birth, the Defendant tested positive for barbituates and cocaine. The Defendant and his counsel are exploring the very real possibility that based on the records provided regarding the Defendant's birth and the fact that he did suffer from Neonatal Abstinence Syndrome, there is reason to believe that the effects of being born with cocaine, methadone, and other barbituates in his system may have resulted in future diminished capacity. (See attached Medical Birth Records from Mount Sinai Hospital).

The Defendant has indicated to his counsel that he did not appreciate the consequences of entering pleas of guilty in Springfield District Court on February 19, 2004. There is also a question as to the effectiveness of his counsel at the time of the Defendant's plea in Springfield District Court.

Additionally, upon belief and information, the Springfield District Court did not adequately explain the consequences of the guilty plea(s) nor what rights the Defendant was waiving upon entering said plea(s).

Respectfully Submitted,
Christopher Ward

By his attorney:    _____
Perman Glenn, III
Law Offices of Perman Glenn, III
1163 Main Street
Springfield, MA 01103
(413)734-9955
BBO#: 553724

March 14, 2006

| | | | | | | |
|---|---|---|---|---|---|---|
| MOUNT SINAI HOSPITAL HARTFORD, CONN. NEWBORN SICK | ADMISSION DATE 03/__/86 | ADMISSION TIME 1411 | ADMISSION PRIOR NEWBORN | ROOM NO. 6NBS | BED 10 | 0001487727 0001487727 |

**PATIENT INFORMATION**

| PATIENT NAME (LAST, FIRST, MI) | | SEX | DATE OF BIRTH | AGE | RACE |
|---|---|---|---|---|---|
| WARD, BABY BOY | WARD, BABY BOY | MALE | 03/11/86 | 0M 0D | BLACK |
| ADDRESS 66 KENSINGTON ST APT 102, HARTFORD, CT 06120 | | | SOCIAL SECURITY NO. | | PATIENT'S HOME PHONE 525-4686 |

DISCHARGE DATE: 5/22/86

PHYSICIAN: PEDI, STAFF

PATIENT TYPE/SERVICE: NEWBORN SERVICE-SICK

BIRTHPLACE: HARTFORD, CT

RELIGION: PROTESTANT

DIAGNOSIS:
- Term Infant
- Narcotic Withdrawal
- Diarrhea — ?_____ resolved

COMPLICATIONS:

OPERATIONS: Circumcision

POST-OPERATIVE COMPLICATIONS:

SECONDARY OPERATIONS:

RESULTS:

_____ M.D.

Discharge summary:    Adm: 3-11-86    Disch: 5-22-86

Baby Boy Ward is a 38 week, borderline SGA male who was born on 3-11-86 via repeat c-section to a 38 year old Gravida 3, Para 2, now 3, black female who has significant history of being on Methadone throughout her pregnancy. She was maintained on 65 mg. each day of Methadone. This patient was born by repeat c-section and had Apgars of 9-9. Because of the history the patient was admitted to the Special Care Nursery for observation and treatment of probable opiate withdrawal.

Initial physical exam revealed a 2.370 kelo, 38 week male infant, length 17½", HC 33 cm. Exam unremarkable.

On the second hospital day he began to show signs of narcotic withdrawal, and for this he was treated with PO neonatal tincture of opium. Also on the second hospital day he became jaundiced, and single phototherapy was begun. The therapy was discontinued on the fifth hospital day. The patient did well on his regimen of neonatal tincture of opium, and on 3/28/86 he was transferred to the pediatric unit for further care.

On 4/11 the child began to have diarrheal disease. For this stool cultures, blood cultures, CBC and diff were obtained. He was placed NPO and IV hydration begun with D5W half normal saline. All lab tests were basically unremarkable. The diarrhea resolved over a period of 3-4 days without a definite diagnosis. He was continued on his neonatal tincture of opium, and he did well. The tincture of opium was slowly weaned over the course of the first two months of life. On 5/11 he received his first DPT shot. It should be noted that an oral polio vaccine was not given. On 5/21 his tincture of opium was discontinued, and he was discharged to home on 5/22/86.

Lab work of note — on 5/19 his H&H was 11.2 and 33.4. Total bilirubin peaked at 12.2 on 3/14, third day of life. The cord blood IgM was normal at 12.9. Urine toxicology

-over-

Ward, Baby Boy    page 2

#1487727

obtained on 3/11 was positive for barbiturates and cocaine and was negative for opiates, benzodiazepines and amphetamines. Hepatitis studies done on the cord blood revealed a negative hepatitis BE antigen and a positive B cor antibody.

At discharge the baby's weight was 5.11 kilograms and his head circumference was 39 cms. His physical exam was unremarkable at discharge. His neurological exam revealed his tone to be slightly increased throughout, it was equal bilaterally and both up and down in terms of the lower and upper extremities. The patient was discharged to his mother to be followed by the VNA and by Community Health Service-Drs/ Path/Troja.

Steven Burke, PAC/lp

cc: VNA
cc: Drs. Path/Troja