UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
vs. )
) Criminal Action:
) 05-30055
CHRISTOPHER WARD, )
    Defendant )
)

## DEFENDANT'S MOTION TO CONTINUE SENTENCING DATE

    Now comes the Defendant, Christopher Ward, and does hereby respectfully request that the sentencing date in the above referenced matter be continued from Monday, June 12, 2006 to June 15, 2006 or June 16, 2006. The Defendant is fully aware that this Honorable Court has been firm in its orders that the sentencing needs to take place on June 12, 2006; however due to matters pending in Springfield District Court, the Defendant sincerely believes that this matter should be continued.

    Specifically, the Defendant does hereby submit that his attorney filed a Motion for a New Trial in Springfield District Court. This motion was filed on behalf of the Defendant on May 18, 2006. The matter has been scheduled for hearing on three separate occasions. The Defendant's counsel was unable to attend the first scheduled hearing date due to an unexpected death in his family. On the next scheduled hearing date of June 8, 2006, the Commonwealth prosecutor asked that it be moved to June 9, 2006. When the matter came before Judge Boyle in Springfield District Court on June 9, 2006, he postponed the matter until June 14, 2006 and has required that the Defendant, Christopher Ward, be in attendance. This motion is extremely important due to the fact that if it is allowed by Judge Boyle, it will effect the guidelines for sentencing by this Honorable Court in this matter particularly regarding the mandatory minimum sentence provision pursuant to 21 U.S.C. §851.

    On the basis of the foregoing the Defendant does request that the sentencing date in this matter be continued until the Defendant's Motion for a New Trial has been heard in Springfield District Court. The motion will be heard on June 14, 2006.

    Christopher Ward

By his attorney: _____
Perman Glenn, III
Law Offices of Perman Glenn, III
1163 Main Street
Springfield, MA 01103
(413)734-9955
BBO#: 553724

Dated: June 9, 2006