UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CHRISTOPHER WARD, )<br>    Defendant. )<br>) | CRIMINAL NO. 05-cr-30055-MAP |

MOTION FOR A CONTINUANCE

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts respectfully requests this Court to continue the sentencing date in the above-captioned case to June 19, 20, or 22, 2006.

In support of this motion the government states that the sentence hearing was initially scheduled for June 12, 2006. On June 9, the defendant moved to continue the sentencing date to either June 15 or June 16. Counsel for the defendant did not contact the undersigned Assistant U.S. Attorney to confirm the government's availability for these dates before filing the motion to continue. On June 9, this Court continued the sentencing hearing to June 16, 2006. The undersigned Assistant U.S. Attorney is scheduled to be before District Court Judge William J. Young on June 16 for evidentiary motions in the United States v. Justan Carter (05-30070-WGY). This hearing before Judge Young was scheduled before June 9, 2006.

Attorney Perman Glenn has informed the undersigned Assistant U.S. Attorney that he is available on June 19, 20, and 22.

```
                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                         By:    /s/ Paul Hart Smyth
                                _____
                                Paul Hart Smyth
                                Assistant U.S. Attorney
```

Dated: June 12, 2006