UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2006 JUN 16 P 12: 51

U.S. DISTRICT COURT
DISTRICT...

UNITED STATES OF AMERICA )
)
vs. )
)   Criminal Action:
)   05-30055
CHRISTOPHER WARD, )
    Defendant )

## DEFENDANT'S EMERGENCY MOTION TO CONTINUE SENTENCING HEARING

Now comes the Defendant, Christopher Ward, and does hereby respectfully request that the sentencing date in the above referenced matter be continued from Monday, June 19, 2006 to a date that is conducive to this Honorable Court, but which is also after a decision has been rendered by the Springfield District Court with regard to the Defendant's pending Motion for a New Trial. The Defendant is fully aware that this Honorable Court has been firm in its orders that the sentencing needs to take place on June 19, 2006; however due to matters pending in Springfield District Court, the Defendant sincerely believes that this matter needs to be continued.

Specifically, the Defendant does hereby submit that his attorney filed a Motion for a New Trial in Springfield District Court. This motion was filed on behalf of the Defendant on May 18, 2006. The matter was rescheduled for hearing on three separate occasions. On Friday, June 9, 2006, the hearing regarding the Defendant's Motion for a New Trial began in front of Judge Boyle in Springfield District Court. Judge Boyle determined at the June 9, 2006 hearing that he could not continue the hearing without the Defendant being present; hence the matter was continued to June 14, 2006. On June 14, 2006 Judge Boyle heard the Defendant's Motion for A New Trial and at the conclusion of the hearing he took the matter under advisement. On June 15, 2006, Defendant's counsel, learned that Judge Boyle decided not to make a ruling on the motion itself, but determined that the matter would have to be heard again in front of Judge Kumor. Judge Kumor was the presiding judge in the matters for which the Defendant is seeking a new trial in Springfield District Court. (See Attached - Exhibit "A").

It is counsel for the Defendant's understanding from the Springfield District Court clerk's office, that Judge Kumor is on vacation until Tuesday, June 20, 2006. Attorney Perman Glenn, III, counsel for the Defendant, will contact the clerk at Holyoke District Court, where Judge Kumor, will be presiding upon his return from vacation to set up a time for the Motion for New Trial to be heard before Judge Kumor.

The Defendant's counsel, has kept in close contact with the Richard Rinaldi of the United States Probation Department. Mr. Rinaldi has informed Attorney Perman Glenn, III, counsel for the Defendant, that in the event that the Defendant's Motion for a New Trial is allowed in Springfield District Court, that the Defendant would become safety valve eligible for purposes of sentencing in the above referenced matter. Furthermore the Court would not be obligated to a mandatory minimum sentencing of ten years. The implications of the Springfield District Court's ruling on the Motion For a New Trial with regard to the sentencing in this case cannot be overstated.

On the basis of the foregoing the Defendant, Christopher Ward, does respectfully request that this Honorable Court allow this Motion to Continue the Sentencing Date in this matter. The Defendant is anxious to complete the sentencing hearing; however it is simply not prudent to go forward with the sentencing hearing when the Motion for a New Trial in Springfield District Court has such a direct impact on the sentencing provisions in this matter. Furthermore, if in fact the Defendant does succeed in Springfield District Court with regard to the Motion for a New Trial, it is the Defendant's understanding that he would become safety valve eligible and that a proffer will be necessary for such prior to sentencing.

Respectfully Submitted
The Defendant
By his Counsel,

_____
Perman Glenn, III
1163 Main Street
Springfield, MA 01103
BBO#: 553724
Tel. (413) 734-9955
Fax (413) 734-1255

June 16, 2006

# EXHIBIT "A"

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF THE TRIAL COURT

HAMPDEN, SS

SPRINGFIELD DISTRICT COURT
CRIMINAL DIVISION
DOCKET NOS.: 03-4781 and
03-4183

COMMONWEALTH OF MASSACHUSETTS )
)
V. )
)
)
CHRISTOPHER WARD, )
    Defendant )

*A TRUE COPY*
*Robert E. [illegible]*
*ASSISTANT CLERK*

## DEFENDANT'S MOTION FOR A NEW TRIAL

    Defendant, by his attorney, hereby moves this Court pursuant to Mass. R. Crim. P. 30(b) upon the transcripts of the Defendant's plea hearing (Exhibit "A"), and for the reasons set forth in the Memorandum of Law filed herewith, to grant him a new trial in the interest of justice.

    Affidavit of the Defendant will be supplemented prior to the hearing date for this matter.

Christopher Ward

By his attorney: *[signature]*
Perman Glenn, III
Law Offices of Perman Glenn, III
1163 Main Street
Springfield, MA 01103
(413)734-9955
BBO#: 553724

Dated: May 19, 2006

*[Handwritten note:] After hearing before Boyle, J. on 6-14-06 case continued for further hearing and disposition before Kumor, J. [signature] 6/14/06*