UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.                                                            ) <br> ) <br> CHRISTOPHER WARD,              ) <br>          Defendant          ) <br> ) | Criminal Action: <br> 05-30055 |

## NOTICE OF APPEAL

Notice is given that the Defendant, Christopher Ward, appeals to the United States Court of Appeals for the First Circuit from the final sentence entered in this action on August 29, 2006.

                                               Respectfully Submitted,
                                               The Defendant

                                      By his attorney:/s/PERMAN GLENN, III
                                                   Perman Glenn, III
                                                   Law Offices of Perman Glenn, III
                                                   1163 Main Street
                                                   Springfield, MA 01103
                                                   (413)-734-9955

September 12, 2006