*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

---

USDC Docket Number : CR 05-30055-MAP

UNITED STATES OF AMERICA

v.

CHRISTOPHER WARD

---

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: #'S 1,2 4-8,10-42

and contained in Volume(s) 1 are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on September 12, 2006..

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 13, 2006.

Sarah A Thornton, Clerk of Court

By:   /s/ Mary Finn
      Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

O:\ClerksCertificate-COA.frm- 3/06

APPEAL, CLOSED

# United States District Court
## District of Massachusetts (Springfield)
### CRIMINAL DOCKET FOR CASE #: 3:05-cr-30055-MAP-ALL

Case title: USA v. Ward

Date Filed: 07/21/2005

Assigned to: Judge Michael A Ponsor
Referred to: Magistrate Judge Kenneth P. Neiman

### Defendant

**Christopher Ward** (1)
*TERMINATED: 09/06/2006*

represented by **Perman Glenn, III**
Law Office of Perman Glenn, III
1163 Main Street
Springfield,, MA 01103
413-734-9955
Fax: 413-734-1255
Email: permanlaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

POSSESSION WITH THE INTENT TO DISTRIBUTE AND DISTYRIBUTION OF COCAINE BASE, 21:841A=CD.F
(1-2)

Possession With Intent to Distribute and Distribution of Cocaine Base, a Schedule II Controlled Substance, 18:2 Aiding and Abetting
(1s-2s)

### Disposition

120 months imprisonment to consist of terms of 120 mos on ea. ct. to be served concurrently; Jud. Rec.: Permitted to participate in 500 Residential Drug Abuse Program; receive mental health treatment and allwed to serve this sentence at the facility in Ft. Devens, MA; Remanded to U.S. Marshals; Supervised release 8 yrs to consist of terms of 8 yrs on Ct 2s and 6 yrs on Cts 1s,3,4s all such terms to run concurrently; Poss. no firearm; cooperate in collection of DNA, participate in program for substance abuse as directed, which program may include testing and contribute to costs

based on ability to pay; participate in mental health treatment prog. as directed and contribute to costs based on ability to pay; $400 assessment fee due immediately;

Conspiracy to Distribute and Possess With Intent to Distribute Cocaine Base (3s)

Possession With Intent to Distribute and Distribution of Cocaine Base, a Schedule II Controlled Substance, 18:2 Aiding and Abetting (4s)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                          **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                                 **Disposition**

None

---

**Plaintiff**

**USA**                                           represented by **Paul Smyth**
                                                                 U.S. Attorney's Office
                                                                 1550 Main St.
                                                                 Springfield, MA 01103
                                                                 413-785-0106
                                                                 Email: paul.smyth@usdoj.gov
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/21/2005 | 1 | SEALED INDICTMENT as to Christopher Ward (1) count(s) 1-2. (Attachments: # 1 JS-45 Form) (Healy, Bethaney) (Entered: 07/21/2005) |
| 07/21/2005 | 2 | NOTICE OF ATTORNEY APPEARANCE Paul Smyth appearing for USA. (Healy, Bethaney) (Entered: 07/21/2005) |
| 07/21/2005 | 4 | MOTION to Seal Case as to Christopher Wardby USA. (Healy, |

| | | |
|---|---|---|
| | | Bethaney) (Entered: 07/21/2005) |
| 07/21/2005 | | District Judge Michael A Ponsor. ENDORSED ORDER granting 4 Motion to Seal Case as to Christopher Ward (1), ENTERED, cc:cl. (Healy, Bethaney) (Entered: 07/21/2005) |
| 07/22/2005 | | Arrest of Christopher Ward (Healy, Bethaney) (Entered: 07/22/2005) |
| 07/22/2005 | | ORAL MOTION to Unseal Case as to Christopher Wardby USA. (Healy, Bethaney) (Entered: 07/22/2005) |
| 07/22/2005 | | Magistrate Judge Kenneth P. Neiman. ORALORDER granting [] Motion to Unseal Case as to Christopher Ward (1), ENTERED, cc:cl. (Healy, Bethaney) (Entered: 07/22/2005) |
| 07/22/2005 | | Case unsealed as to Christopher Ward (Healy, Bethaney) (Entered: 07/22/2005) |
| 07/22/2005 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Atty Smyth) and Defendant appear for Initial Appearance as to Christopher Ward held on 7/22/2005. Deft advised of rights and indicates he will retain his own attorney. Govt seeking detention. Court orders Deft detained pending arraignment and detention hearing on 7/25/05 at 2:00 p.m in Courtroom Three. (Court Reporter FTR.) (Healy, Bethaney) (Entered: 07/22/2005) |
| 07/22/2005 | 5 | MOTION for Detention Hearing as to Christopher Wardby USA. (Stuckenbruck, John) (Entered: 07/22/2005) |
| 07/25/2005 | 6 | MOTION to Unseal Case as to Christopher Wardby USA. (Healy, Bethaney) (Entered: 07/26/2005) |
| 07/25/2005 | | Magistrate Judge Kenneth P. Neiman. ELECTRONICORDER granting 6 Motion to Unseal Case as to Christopher Ward (1), ENTERED, cc:cl. (Healy, Bethaney) (Entered: 07/26/2005) |
| 07/25/2005 | 7 | INFORMATION TO ESTABLISH PRIOR CONVICTION as to Christopher Ward (Healy, Bethaney) (Entered: 07/26/2005) |
| 07/25/2005 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Atty Smyth) and Defendant appear for Detention Hearing as to Christopher Ward held on 7/25/2005. Deft indicates that he has not yet retained counsel, but that a friend has been in touch with Atty Linda Thompson re: representing him. Court instructs clerk to call Atty Thompson's office. Clerk contacted office, and was informed that, at this time, Atty Thompson does not represent Deft. Matter continued to 7/28/05 at 2:00 p.m. Court instructs Deft to make arrangements for counsel to be in court for hearing. Deft to remain in custody pending 7/28/05 hearing. (Court Reporter FTR.) (Healy, Bethaney) (Entered: 07/26/2005) |
| 07/25/2005 | 8 | Magistrate Judge Kenneth P. Neiman. ORDER OF TEMPORARY DETENTION as to Christopher Ward, ENTERED, cc:cl. Detention Hearing set for 7/28/2005 02:00 PM in Courtroom 3 before Magistrate |

| | | |
|---|---|---|
| | | Judge Kenneth P. Neiman. (Healy, Bethaney) (Entered: 07/26/2005) |
| 07/28/2005 | 10 | NOTICE OF ATTORNEY APPEARANCE: Perman Glenn, III appearing for Christopher Ward (Healy, Bethaney) (Entered: 07/29/2005) |
| 07/28/2005 | 11 | MOTION to Continue the detention hearing to 8/1/05 as to Christopher Ward, filed.(Healy, Bethaney) (Entered: 07/29/2005) |
| 07/28/2005 | 12 | NOTICE re automatic disclosure as to Christopher Ward (Healy, Bethaney) (Entered: 07/29/2005) |
| 07/28/2005 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counse (Attys Smyth and Glenn) and Defendant appear for Arraignment and Detention Hearing as to Christopher Ward held on 7/28/2005. Deft requests continuance of hearing to next week. Court allows request and continues detention hearing to 8/1/05 at 10:15 a.m. Deft pleads not guilty to charges. Schedule estd with order to issue. (Court Reporter FTR.) (Healy, Bethaney) (Entered: 07/29/2005) |
| 07/28/2005 | 13 | Magistrate Judge Kenneth P. Neiman. SCHEDULING ORDER as to Christopher Ward, ENTERED, cc:cl. INitial Status Conference set for 9/19/2005 at 2:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman; joint memo by 9/16/05. (Healy, Bethaney) (Entered: 07/29/2005) |
| 07/29/2005 | | Magistrate Judge Kenneth P. Neiman. ELECTRONIC ORDER granting 11 Motion to Continue Detention Hearing as to Christopher Ward (1), ENTERED, cc:cl. (Healy, Bethaney) (Entered: 07/29/2005) |
| 08/01/2005 | 14 | Deft's Proposed Conditions for Release as to Christopher Ward filed. (Finn, Mary) Additional attachment(s) added on 8/1/2005 (Finn, Mary). (Entered: 08/01/2005) |
| 08/01/2005 | | Notice of correction to docket made by Court staff. Correction: Document 14 deleted and redone corrected because: confidential info. was scanned and should not have been, deleted and rescanned as to Christopher Ward (Finn, Mary) (Entered: 08/01/2005) |
| 08/01/2005 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Smyth and Glenn) and Defendant appear for Detention Hearing as to Christopher Ward held on 8/1/2005. Arguments re: Govt's motion for detention and Deft's proposal for conditions of release. Court allows Govt's motion for detention. Deft ordered detained pending trial. (Court Reporter FTR.) (Healy, Bethaney) (Entered: 08/02/2005) |
| 08/04/2005 | | Judge Kenneth P. Neiman : Electronic ORDER entered granting 5 Government's Motion for Detention as to Christopher Ward (1). See Document No. 8 and clerk's note of August 1, 2005. (Neiman, Kenneth) (Entered: 08/04/2005) |
| 08/19/2005 | 15 | MOTION for Reconsideration re Order on Motion for Detention as to Christopher Ward. (Lindsay, Maurice) (Entered: 08/19/2005) |

| | | |
|---|---|---|
| 09/06/2005 | | Judge Kenneth P. Neiman : Electronic ORDER entered denying 15 Motion for Reconsideration as to Christopher Ward (1) for the reasons described in court this day. (Neiman, Kenneth) (Entered: 09/06/2005) |
| 09/06/2005 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Smyth and Glenn) and Defendant appear for hearing as to Christopher Ward held on 9/6/2005 re 15 Defendant's MOTION for Reconsideration of Order on Motion for Detention. Arguments heard. Court conducts colloquy with Mercedes Rodriguez re: willingness to post bond. Court orders Defendant remain in custody pending trial. (Court Reporter FTR Digital.) (Healy, Bethaney) (Entered: 09/07/2005) |
| 09/12/2005 | 16 | Letter (non-motion) regarding Discovery as to Christopher Ward (Lindsay, Maurice) (Entered: 09/12/2005) |
| 09/19/2005 | 17 | (Assented to) MOTION to Continue 9/19/05 status conference for two to three weeks as to Christopher Ward, filed. (Healy, Bethaney) (Entered: 09/19/2005) |
| 09/19/2005 | | Magistrate Judge Kenneth P. Neiman. ELECTRONIC ORDER granting 17 Motion to Continue 9/19/05 status conference as to Christopher Ward (1), ENTERED, cc:cl. ALLOWED. The status conference is continued to Friday, October 7, 2005, at 1:00 p.m. in Courtroom Three. Counsel shall file their joint memorandum by no later than October 5, 2005. (Healy, Bethaney) (Entered: 09/19/2005) |
| 09/19/2005 | | Set/Reset Hearings as to Christopher Ward: Status Conference set for 10/7/2005 at 1:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. (Healy, Bethaney) (Entered: 09/19/2005) |
| 09/19/2005 | 18 | Assented to MOTION for Excludable Delay from 9/19/05 to 10/7/05 as to Christopher Wardby USA. (Smyth, Paul) (Entered: 09/19/2005) |
| 09/20/2005 | | Magistrate Judge Kenneth P. Neiman. ELECTRONIC ORDER granting 18 Motion for Order of Excludable Delay (from 9/19/05-10/7/05) as to Christopher Ward (1), ENTERED, cc:cl. (Healy, Bethaney) (Entered: 09/20/2005) |
| 09/20/2005 | 19 | Magistrate Judge Kenneth P. Neiman. ORDER ON EXCLUDABLE DELAY as to Christopher Ward, ENTERED, cc:cl. Time excluded from September 19, 2005 until October 7, 2005. (Healy, Bethaney) Additional attachment(s) added on 9/21/2005 (Finn, Mary). (Entered: 09/20/2005) |
| 10/06/2005 | 20 | STATUS REPORT by USA as to Christopher Ward (Smyth, Paul) (Entered: 10/06/2005) |
| 10/07/2005 | | ElectronicClerk's Notes for proceedings held before Judge Kenneth P. Neiman :Status Conference as to Christopher Ward held on 10/7/2005. Final status on 11/21/05 @ 2:30 PM. (Digital Recording #CD.) (Stuckenbruck, John) (Entered: 10/11/2005) |
| 10/07/2005 | 21 | Judge Kenneth P. Neiman : ElectronicORDER entered. INTERIM SCHEDULING ORDER as to Christopher Ward Final Status Conference |

| | | |
|---|---|---|
| | | set for 11/21/2005 02:30 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. (Stuckenbruck, John) (Entered: 10/11/2005) |
| 10/07/2005 | 22 | Judge Kenneth P. Neiman : ElectronicORDER entered. STATUS REPORT as to Christopher Ward. (Stuckenbruck, John) (Entered: 10/11/2005) |
| 10/07/2005 | 23 | Judge Kenneth P. Neiman : ElectronicORDER entered. ORDER ON EXCLUDABLE DELAY as to Christopher Ward Time excluded from 7/22/05 until 10/7/05. (Stuckenbruck, John) (Entered: 10/11/2005) |
| 11/21/2005 | 24 | STATUS REPORT by USA as to Christopher Ward (Smyth, Paul) Additional attachment(s) added on 11/23/2005 (Healy, Bethaney). (Entered: 11/21/2005) |
| 11/21/2005 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Smyth and Glenn) appear for Status Conference as to Christopher Ward held on 11/21/2005. Colloquy re: status of discovery. Final Status Report to issue. (Digital Recording #FTR.) (Healy, Bethaney) (Entered: 11/22/2005) |
| 11/22/2005 | 25 | Magistrate Judge Kenneth P. Neiman. FINAL STATUS REPORT as to Christopher Ward ISSUED, cc:cl. Change of Plea Hearing set for 12/21/2005 at 11:30 AM in Courtroom 1 before District Judge Michael A Ponsor. (Healy, Bethaney) (Entered: 11/22/2005) |
| 12/20/2005 | 26 | Deft's MOTION to Continue his change of plea hearing set for 12/21/2005 as to Christopher Ward filed. (Finn, Mary) Additional attachment(s) added on 12/20/2005 - motion rescanned with the correct month (December not September) and modified on 12/20/2005 (Finn, Mary). (Entered: 12/20/2005) |
| 12/21/2005 | 27 | Assented to MOTION for Excludable Delay from December 21,2005 to March 17, 2006 as to Christopher Wardby USA. (Smyth, Paul) (Entered: 12/21/2005) |
| 12/21/2005 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor : Change of Plea did not go forward;Status Conference as to Christopher Ward held on 12/21/2005; Change of Plea hearing set for 1/10/06 at 10:30 a.m.; In the event plea does not go forward, trial date set for 3/13/06 at 9:00a.m. (Court Reporter Sara Mubarek.) (French, Elizabeth) (Entered: 12/22/2005) |
| 12/21/2005 | | Set/Reset Deadlines/Hearings as to Christopher Ward: Change of Plea Hearing set for 1/10/2006 10:30 AM in Courtroom 1 before Judge Michael A Ponsor. Jury Trial set for 3/13/2006 09:00 AM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 12/22/2005) |
| 12/22/2005 | | Judge Michael A Ponsor : Electronic ORDER entered granting 27 Motion to Exclude as to Christopher Ward (1) "In these circumstances, the interests of justice outweigh the usual interest in a speedy trial" (French, Elizabeth) (Entered: 12/22/2005) |

| 12/29/2005 | 28 | INFORMATION TO ESTABLISH PRIOR CONVICTION as to Christopher Ward (Smyth, Paul) Additional attachment(s) added on 12/30/2005 (Finn, Mary). Modified on 12/30/2005 to add a signed certificate of service. (Finn, Mary). (Entered: 12/29/2005) |
|---|---|---|
| 01/09/2006 | | TELEPHONE CALL FROM AUSA PAUL SMYTH as to Christopher Ward: Change of Plea will not go forward on 1/10/06; Conference cancelled; Trial to go forward on 3/13/06 as scheduled by Court - Marshals notified (French, Elizabeth) (Entered: 01/09/2006) |
| 02/07/2006 | 29 | NOTICE OF HEARING as to Christopher Ward Status Conference set for 2/17/2006 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 02/07/2006) |
| 02/17/2006 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Status Conference as to Christopher Ward held on 2/17/2006 - Atty Sneider appears for Atty Glenn, reports defendant shall enter plea; Plea hearing set for 3/9/06 at 1:30 p.m. (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 02/17/2006) |
| 03/09/2006 | 30 | WAIVER OF INDICTMENT by Christopher Ward filed in open court. (Stuckenbruck, John) (Entered: 03/14/2006) |
| 03/09/2006 | 31 | INFORMATION (Felony) as to Christopher Ward (1) count(s) 1s-2s, 3s, 4s. (Attachments: # 1 AO 45) (Stuckenbruck, John) (Entered: 03/14/2006) |
| 03/09/2006 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Change of Plea Hearing as to Christopher Ward held on 3/9/2006. Plea entered by Christopher Ward (1) Guilty Count 1s-2s,3s,4s. Sentencing set for 6/12/2006 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 03/27/2006) |
| 03/21/2006 | 32 | Dft's EX PARTE MOTION as to Christopher Ward. (Lindsay, Mauriee) (Entered: 03/21/2006) |
| 03/21/2006 | 34 | Dft's Answer to Govt's 28 Notice/Information to increase penalty as to Christopher Ward. (Attachments: # 1 Exhibit in Support)(Lindsay, Maurice) (Entered: 03/21/2006) |
| 03/23/2006 | | *SEALED* Judge Michael A Ponsor : ENDORSED ORDER entered granting the Deft's [32] Sealed Motion as to Christopher Ward (1)- to a limit of $3,500.00; cc/Glenn. (Finn, Mary) (Entered: 03/28/2006) |
| 03/27/2006 | 35 | Judge Michael A Ponsor : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Christopher Ward Sentencing set for 6/12/2006 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 03/27/2006) |
| 05/03/2006 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Status Conference as to Christopher Ward held on 5/3/2006 re: Atty. Glenn's failure to meet with probation officer at Hampden Cty. House of Correction. Court initially orders fine of $250 which it |

| | | |
|---|---|---|
| | | withdraws at conclusion of hearing at Atty. Glenn's request. Sentencing date of 6/12/06 @ 2:00 PM remains. (Court Reporter Alice Moran.) (Stuckenbruck, John) (Entered: 05/04/2006) |
| 05/24/2006 | 36 | Deft's OBJECTION TO THE PRESENTENCE INVESTIGATION REPORT by Christopher Ward filed. (Finn, Mary) (Entered: 05/24/2006) |
| 06/09/2006 | 37 | MOTION to Continue as to Christopher Ward. (French, Elizabeth) (Entered: 06/09/2006) |
| 06/09/2006 | | Judge Michael A Ponsor : endorsedORDER entered granting 37 Motion to Continue as to Christopher Ward (1) Sentencing RESET for 6/16/2006 10:00 AM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 06/09/2006) |
| 06/09/2006 | | AUSA SMYTH contacted clerk as to Christopher Ward regarding new date of 6/16/06 for resentencing - unavailable due to hearing set in Boston, MA - Clerk indicated that he should file the appropriate motion to continue on Monday (French, Elizabeth) (Entered: 06/09/2006) |
| 06/12/2006 | 38 | MOTION to Continue *Sentencing Hearing* to June 20, 2006 as to Christopher Wardby USA. (Smyth, Paul) (Entered: 06/12/2006) |
| 06/13/2006 | | Judge Michael A Ponsor : endorsedORDER entered granting 38 Motion to Continue as to Christopher Ward (1) Sentencing RESET for 6/19/2006 02:30 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 06/13/2006) |
| 06/16/2006 | 39 | EMERGENCY MOTION to Continue Sentencing Hearing as to Christopher Ward. (Stuckenbruck, John) (Entered: 06/16/2006) |
| 06/19/2006 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Status Conference re: Motion to continue sentencing as to Christopher Ward held on 6/19/2006 - Sentencing continued to 7/26/06 at 10:00 a.m. (if no ruling in State Court, gov. to file memo re: issue of new trial by 7/24/06; Fur. Motion. if any, from defendant by 6/23/06; Sentencing shall go forward whether or not ruling made in State Court on issue of new trial (Court Reporter Jim Gibbons.) (French, Elizabeth) (Entered: 06/19/2006) |
| 07/11/2006 | | ELECTRONIC NOTICE OF RESCHEDULING as to Christopher Ward Sentencing RESET for 8/29/2006 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 07/11/2006) |
| 08/17/2006 | | Motions terminated as to Christopher Ward: 39 MOTION to Continue filed by Christopher Ward (Motion was allowed at 6/19/06 hearing). (Healy, Bethaney) (Entered: 08/17/2006) |
| 08/18/2006 | 40 | Response to 34 Defendant's Answer to Govt's 28 Information to Establish Prior Conviction filed by USA. (Healy, Bethaney) Additional attachment (s) added on 8/21/2006 (Healy, Bethaney). (Entered: 08/18/2006) |
| 08/29/2006 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Sentencing held on 8/29/2006 for Christopher Ward (1), Count(s) |

|  |  |  |
|---|---|---|
|  |  | 1s-2s, 120 months imprisonment to consist of terms of 120 mos on ea. ct. to be served concurrently; Jud. Rec.: Permitted to participate in 500 Residential Drug Abuse Program; receive mental health treatment and allwed to serve this sentence at the facility in Ft. Devens, MA; Remanded to U.S. Marshals; Supervised release 8 yrs to consist of terms of 8 yrs on Ct 2s and 6 yrs on Cts 1s,3,4s all such terms to run concurrently; Poss. no firearm; cooperate in collection of DNA, participate in program for substance abuse as directed, which program may include testing and contribute to costs based on ability to pay; participate in mental health treatment prog. as directed and contribute to costs based on ability to pay; $400 assessment fee due immediately;. (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 09/06/2006) |
| 09/06/2006 | 41 | Judge Michael A Ponsor : ORDER entered. JUDGMENT as to Christopher Ward (1), Count(s) 1s-2s, 120 months imprisonment to consist of terms of 120 mos on ea. ct. to be served concurrently; Jud. Rec.: Permitted to participate in 500 Residential Drug Abuse Program; receive mental health treatment and allwed to serve this sentence at the facility in Ft. Devens, MA; Remanded to U.S. Marshals; Supervised release 8 yrs to consist of terms of 8 yrs on Ct 2s and 6 yrs on Cts 1s,3,4s all such terms to run concurrently; Poss. no firearm; cooperate in collection of DNA, participate in program for substance abuse as directed, which program may include testing and contribute to costs based on ability to pay; participate in mental health treatment prog. as directed and contribute to costs based on ability to pay; $400 assessment fee due immediately; (French, Elizabeth) (Entered: 09/06/2006) |
| 09/12/2006 | 42 | NOTICE OF APPEAL by Christopher Ward Filing fee $ 455. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 10/2/2006. (Glenn, Perman) (Entered: 09/12/2006) |