## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:  05cr30055-MAP

USDC Docket Number :

UNITED STATES OF AMERICA,

v.

CHRISTOPHER WARD,,

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

#' - 45 - Transcript of 12/21/2005 hearing.

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on .

Sarah A. Thornton, Clerk of Court

By:  /S/ Mary Finn
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

ClerksCertificate-supplemental.frm - 3/06