05-30055

# United States Court of Appeals
## For the First Circuit

No. 06-2354

UNITED STATES

Appellee

v.

CHRISTOPHER WARD

Defendant - Appellant

**ORDER OF COURT**

Entered: January 9, 2007
Pursuant to 1st Cir. R. 27.0(d)

    The district court clerk's office has advised the transcript of the status conference held on November 21, 2005 in Cr. No. 05-30055 (D. M.A.) is unavailable. Accordingly, on or before **January 23, 2007**, appellant must advise this court as to whether he intends to prepare a statement of evidence pursuant to Fed. R. App. P. 10(c) or whether the case can proceed to briefing on the present record on appeal. Appellant's failure to comply with this order will result in the automatic issuance of a briefing schedule.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature] Date: 1/9/07

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER
By:_____
Margaret Carter, Chief Deputy Clerk

[Certified Copies: Sarah Thornton, USDC Clerk and Deborah Scalfani, Court Reporter Supervisor]

[cc: Paul Hart Smyth, AUSA, Dina Michael Chaitowitz, AUSA, Chauncey B. Wood, Esq.]