# United States Court of Appeals
## For the First Circuit

No. 06-2354

UNITED STATES OF AMERICA,

Appellee,

v.

CHRISTOPHER WARD,

Defendant, Appellant.

**JUDGMENT**

Entered: February 29, 2008

*FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT
2008 FEB 29 P 3: 21*

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The sentence imposed by the district court is affirmed.

By the Court:

Richard Cushing Donovan, Clerk

[cc: Mr. Smyth, Ms. Chaitowitz, Mr. Breslow, Mr. Kromm, & Mr. Wood.]